**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | DTH 215 VENTURE, LLC | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) — 84-2227457 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **718 W. BUSINESS HIGHWAY 60** <br> **DEXTER, MO 63841** <br> Number, Street, City, State & ZIP Code | **P.O. BOX 639** <br> **DEXTER, MO 63841** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Stoddard** <br> County | **Location of principal assets, if different from principal place of business** <br> **215 S. WATER STREET HENDERSON, NV 89015-7226** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    **DTH 215 VENTURE, LLC**                                   Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5313__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor   **DTH 215 VENTURE, LLC**                                    Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **DTH 215 VENTURE, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | DTH 215 VENTURE, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  5, 2024**
                      MM / DD / YYYY

**X** **/s/ NATALIE RILEY**                              **NATALIE RILEY**
Signature of authorized representative of debtor          Printed name

Title    **AUTHORIZED AGENT**

**18. Signature of attorney**

**X** **/s/ NORMA GUARIGLIA**                    Date  **June  5, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**NORMA GUARIGLIA**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone   **775-786-7600**          Email address   **norma@harrislawreno.com**

**16244 NV**
Bar number and State

## CONSENT RESOLUTION OF DTH 215 VENTURE, LLC, DTH 215 DEVELOPMENT, LLC, AND SIXTY WEST CRESCENT FUND, LLC

**DTH 215 VENTURE, LLC** ("DTH"), a Delaware limited liability company, **SIXTY WEST CRESCENT FUND, LLC** ("Preferred Member"), a Delaware limited liability company, and **DTH 215 DEVELOPMENT, LLC** ("Manager"), a Nevada limited liability company, hereby adopt the following resolution through the written consent of their members:

**WHEREAS,** DTH is the owner of certain real property located at 215 S. Water Street, Henderson, Nevada 89015-7226 (the "Property");

**WHEREAS,** DTH sought to develop and construct certain improvements on the Property (the "Project") and Gillett Construction, LLC ("Contractor") was engaged as the general contractor to construct the Project;

**WHEREAS,** Manager serves as the manager of the Project (the "Manager");

**WHEREAS,** construction of the Project has stalled due to a series of issues and disputes with Contractor, including delays in securing permits and disputed change orders, that have resulted in time and cost overruns, stop work and significant delays in the Project;

**WHEREAS,** Contractor and several subcontractors filed mechanics liens against the Property and Contractor has commenced litigation against DTH (the "Contractor Litigation");

**WHEREAS,** DTH disputes Contractor's claims in the Contractor Litigation and has made attempts to resolve the Contractor Litigation and complete the Project, but Contractor has rejected all reasonable offers;

**WHEREAS,** DTH financed the Project with a loan through Acres Loan Origination, LLC, as Administrative Agent ("Acres"), in the approximate commitment amount of $37,500,000.00 ("Acres Loan") evidenced by a related note, loan agreement and ancillary loan documents including a first mortgage/deed of trust (the "Acres Loan Agreement");

**WHEREAS,** DTH intended to repay the Acres Loan using proceeds from the sale of the Project after completion;

**WHEREAS,** due to the ongoing Contractor Litigation, Acres has asserted a default under the Acres Loan;

**WHEREAS,** Acres has also commenced litigation against DTH and filed a Petition for Appointment of a Receiver on or about April 2, 2024 (the "Acres Litigation", and collectively with the Contractor Litigation, the "Project Litigation");

**WHEREAS,** DTH has engaged in reasonable efforts to resolve the Acres Litigation without appointment of a receiver, but Acres has rejected all reasonable offers and indicated it will proceed with seeking appointment of a receiver to assume control of DTH;

**WHEREAS,** Manager and Preferred Member agree that appointment of a receiver would be detrimental to DTH and the Project, have discussed available options to resolve the Project Litigation and complete the Project, and agree that the best means for DTH to do so is to complete and sell the Project;

**WHEREAS,** Manager and Preferred Member have considered available options, and agree that the filing of a petition for protection under Chapter 11 of Title 11 of the United States Code (a "Chapter 11 Bankruptcy") prior to the potential appointment of a receiver is in the best interests of DTH;

**WHEREAS,** Manager and Preferred Member agree that DTH file a Chapter 11 Bankruptcy and retain the law firm of Harris Law Practice LLC as counsel for DTH for such Chapter 11 Bankruptcy, both of which are Managing Decisions pursuant to DTH's operating agreement that requires the consent of Preferred Member;

**WHEREAS,** the Manager and Preferred Member agree to continue to seek the necessary financing to provide for the successful reorganization of DTH and completion of the Project;

**WHEREAS,** the Preferred Member and Manager agree that the DTH filing is in the best interest of DTH and that a successful reorganization is most likely to maximize the value of the Project and payment of DTH's debts to all creditors, including those at issue in the Project Litigation;

**WHEREAS,** the Preferred Member and Manager agree it is not a breach of DTH's operating agreement: (i) for the Manager to make its present recommendation to Preferred Member for DTH to file a Chapter 11 Bankruptcy and retain Harris Law Practice LLC as counsel for DTH for such Chapter 11 Bankruptcy; (ii) for the Preferred Member to consent to and approve the Manager's recommendation for DTH to file a Chapter 11 Bankruptcy and retain Harris Law Practice LLC as general bankruptcy counsel, or (iii) for the Manager to engage Harris Law Practice LLC as general bankruptcy counsel for DTH and direct counsel to prepare and file a Chapter 11 Bankruptcy for DTH;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

**CONSENT RESOLUTION OF DTH 215 VENTURE, LLC MEMBERS re BANKRUPTCY**

**NOW THEREFORE, BE IT RESOLVED,** that Manager and Preferred Member hereby consent to and approve DTH to file a Chapter 11 Bankruptcy, to engage Harris Law Practice LLC as bankruptcy counsel for DTH as debtor; to designate Natalie Riley as the authorized agent for DTH in the Chapter 11 Bankruptcy to direct bankruptcy counsel as needed; and to execute any and all necessary documents and filings to effectuate such filing and prosecute a plan of reorganization;

The undersigned, in adopting the foregoing resolution by signing their written consent hereto, do hereby confirm, ratify, and approve the acts stated in this resolution and direct that this written consent be filed with the minutes and proceedings of DTH.

The undersigned also hereby represent and warrant as follows:

(a)    Manager and Preferred Member represent and warrant that (i) the execution of this resolution by such party has been duly approved and authorized by all necessary company, partnership or corporate action for each of them, as applicable; (ii) the person executing this resolution on behalf of such party is duly authorized to execute this resolution; (iii) upon the execution and delivery of this resolution by such person, this resolution shall be binding upon such party; and (iv) no other approvals or consents are necessary in connection with the execution and delivery of this resolution by such party.

This resolution may be signed in multiple counterparts, each of which shall be an original but all of which will constitute one and the same resolution.  Signatures to this resolution sent by facsimile or as an attachment to an electronic message in "pdf" or similar format shall be deemed for all purposes to be the same as original signatures.

Effective as of this 4th day of June, 2024.

| SIXTY WEST CRESCENT FUND, LLC | DTH 215 DEVELOPMENT, LLC |
|---|---|
| **By: Sixty West Crescent Fund Manager, LLC** | |
| By: _____ | By: _____ |
| Natalie Riley, Authorized Person | Name: Thomas A. Wucherer |
| | Its: Member |

3

**CONSENT RESOLUTION OF DTH 215 VENTURE, LLC MEMBERS re BANKRUPTCY**

**Fill in this information to identify the case:**

Debtor name    **DTH 215 VENTURE, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  5, 2024**              X **/s/ NATALIE RILEY**
                                              Signature of individual signing on behalf of debtor

                                              **NATALIE RILEY**
                                              Printed name

                                              **AUTHORIZED AGENT**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DTH 215 VENTURE, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACADEMY STONE AND TILE, INC. 5925 W. WIGWAM AVENUE #2 LAS VEGAS, NV 89139 | Brian Wojcik brian@astinclv.com 702-362-8453 | SUBCONTRACTOR | Contingent Unliquidated Disputed | | | $119,400.45 |
| AKM GRADING 7516 MAIDEN RUN AVENUE LAS VEGAS, NV 89130 | Anthony McGovern akmgrading@gmail.com 702-858-2111 | SUBCONTRACTOR | Contingent Unliquidated Disputed | | | $157,326.22 |
| BRIGHTVIEW LANDSCAPE DEVELOPMENT, INC. 1220 S. COMMERCE STREET SUITE 120 LAS VEGAS, NV 89102 | Vincent Whipkey vincent.whipkey@brightview.com 702-597-2556 | SUBCONTRACTOR | Contingent Unliquidated Disputed | | | $152,179.80 |
| CONCRETE ACCESSORIES, INC. P.O. BOX 27710 LAS VEGAS, NV 89126 | | SUBCONTRACTOR | Contingent Unliquidated Disputed | | | $125,801.59 |
| CRAGIN & PIKE 10000 W. CHARLESTON BLVD., SUITE 200 LAS VEGASD, NV 89135 | Daniell Black 702-877-1111 | BUILDER'S RISK INSURANCE | | | | $133,682.95 |

Debtor **DTH 215 VENTURE, LLC**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FINNCO SERVICES INC.** **C/O NORTHWEST REGISTERED AGENT, LLC** **401 RYLAND STREET, STE. 200 A** **RENO, NV 89502** | **Cynthia Finnerty** **admin@finncoservices.com** **909-355-0707** | **SUBCONTRACTOR** | **Contingent Unliquidated Disputed** | | | $61,761.13 |
| **FOCUS PLUMBING LLC** **C/O CT CORPORATION SYSTEM** **701 S. CARSON STREET** **SUITE 200** **CARSON CITY, NV 89701** | **Sean Butler** **sbutler@lv61.com** **702-710-4420** | **SUBCONTRACTOR** | **Contingent Unliquidated Disputed** | | | $213,527.38 |
| **JONES LOVELOCK** **6600 AMELIA EARHART COURT** **SUITE A** **LAS VEGAS, NV 89119** | **Donna DiMaggio** **702-805-8450** | **LEGAL FEES** | | | | $63,576.99 |
| **MCINTOSH COMMUNICATIONS INC.** **C/O KAEMPFER CROWELL, LTD., REG. AGENT** **50 W. LIBERTY STREET** **SUITE 1100** **RENO, NV 89501** | **Patricia McIntosh** **pattym@mcintoshcomm.com** **702-253-5390** | **SUBCONTRACTOR** | **Contingent Unliquidated Disputed** | | | $92,640.38 |
| **NVISION GLASS, INC.** **C/O MAUPIN, COX & LEGOY, PC, REG. AGENT** **4785 CAUGHLIN PKWY** **RENO, NV 89519** | **Michelle Anderson** **michellea@nvisionglass.com** **775-336-2881** | **SUBCONTRACTOR** | **Contingent Unliquidated Disputed** | | | $164,667.30 |
| **ONE STOP 4 FLOORING, LLC** **2671 STATE ROUTE 39 NW** **DOVER, OH 44622** | **Cindy Shinn** **dincy@onestop4flooring.com** **725-200-3000** | **SUBCONTRACTOR** | **Contingent Unliquidated Disputed** | | | $337,648.74 |

Debtor    **DTH 215 VENTURE, LLC**
_____    Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PGS WESTSIDE II, INC. - LAS VEGAS** 6460 SANTA MARGARITA STREET LAS VEGAS, NV 89118-1802 | **David Johnson, Esq., Lanak & Hanna, PC** **714-620-2350** | **SUBCONTRACTOR** | **Contingent Unliquidated Disputed** | | | $128,010.36 |
| **R.L. CUSHING MILLWORK** 555 SKEENA STREET EAST MOOSEJAW, SASKATCHEWAN CANADA S6H 0A6 | **Mitchell Eritz** **mitchell@cushionmillwork.ca** **306-692-2396** | **SUBCONTRACTOR** | **Contingent Unliquidated Disputed** | | | $113,949.36 |
| **RESIDENTIAL FIRE PROTECTION DBA ON GUARD FIRE PROTECTION** 6438 ARVILLE STREET LAS VEGAS, NV 89118 | | **SUBCONTRACTOR** | **Contingent Unliquidated Disputed** | | | $65,395.19 |
| **STRADA LV, LLC** 6970 S. CIMARRON ROAD #220 LAS VEGAS, NV 89113 | | **PROFESSIONAL SERVICES** | | | | $308,585.56 |
| **THREE LOCK BOX** 2260 CORPORATE CIRCLE STE. 490 HENDERSON, NV 89074 | | **OVERAGE FEES** | | | | $78,279.00 |
| **WAYFAIR** 4 COPLEY PLACE FLOOR 7 BOSTON, MA 02116 | **Conor McBrierty** **cmcbrierty@wayfair.com** **857-306-3995** | **ADDITIONAL STORAGE** | | | | $148,988.84 |
| **WEST COAST WELLNESS EQUIPMENT** 6969 SPEEDWAY BLVD., SUITE 108 LAS VEGAS, NV 89115 | **Rick Hoskins** **rick@wcwes.com** | **GYM EQUIPMENT** | | | | $79,495.23 |
| **WESTCORP MANAGEMENT GROUP ONE, INC.** 6655 S. EASTERN AVENUE SUITE 200 LAS VEGAS, NV 89119 | **Robert Weidauer** **702-307-2881** | **PRELEASING AND MARKETING** | | | | $47,990.00 |

Debtor   **DTH 215 VENTURE, LLC**                                            Case number *(if known)* _____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WORTH GROUP ARCHITECTS 7535 E. HAMPDEN AVENUE SUITE 302 DENVER, CO 80231** | **Travis Bryan** **702-869-9354** | **ARCHITECT OF RECORD** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$114,059.86** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **DTH 215 VENTURE, LLC**
_____
                                         Debtor(s)

Case No. _____
Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................  $  **ACTUAL FEES/COSTS**

Prior to the filing of this statement I have received ........................  $  **50,000**

Balance Due ....................................................................................  $  **UNKNOWN**

2.  The source of the compensation paid to me was:

[ ] Debtor      [✓] Other (specify):  **HOLDEN FAMILY, LLC, MEMBER OF LEGACY HENDERSON QOF, LLC**

3.  The source of compensation to be paid to me is:

[✓] Debtor      [ ] Other (specify):

4.  [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor in any adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  4, 2024**
_____
_Date_

**/s/ NORMA GUARIGLIA**
_____
**NORMA GUARIGLIA**
_Signature of Attorney_
**HARRIS LAW PRACTICE LLC**
**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
**775-786-7600  Fax: 775-786-7764**
**norma@harrislawreno.com**
_Name of law firm_

# United States Bankruptcy Court
## District of Nevada

In re   **DTH 215 VENTURE, LLC**

Case No. _____

Debtor(s)

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the AUTHORIZED AGENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June  5, 2024**

**/s/ NATALIE RILEY**
**NATALIE RILEY/AUTHORIZED AGENT**
Signer/Title

DTH 215 VENTURE, LLC
P.O. BOX 639
DEXTER, MO 63841

NORMA GUARIGLIA
HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

5G FIRE, LLC
P.O. BOX 92354
HENDERSON, NV 89009

5G FIRE, LLC
7375 COMMERCIAL WAY #140
HENDERSON, NV 89011

ACADEMY STONE AND TILE, INC.
5925 W. WIGWAM AVENUE #2
LAS VEGAS, NV 89139

ACRES CAPITAL, LLC
ATTENTION: JACLYN JESBERGER, ESQ.
865 MERRICK AVENUE, SUITE 200S
WESTBURY, NY 11590

ACRES LOAN ORIGINATION, LLC
390 RXR PLAZA
UNIONDALE, NY 11556

ACRES LOAN ORIGINATION, LLC
ATTN: MARK FOGEL
865 MERRICK AVENUE, SUITE 200S
WESTBURY, NY 11590

AFFORDABLE STRIPING & SEALING, LLC
4440 E. ALEXANDER ROAD
SUITE A
LAS VEGAS, NV 89115

AKM GRADING
7516 MAIDEN RUN AVENUE
LAS VEGAS, NV 89130

ALBRIGHT STODDARD WARNICK & ALBRIGHT
D. CHRIS ALBRIGHT, ESQ.
801 SOUTH RANCHO RIVE, SUITE D-4
LAS VEGAS, NV 89106

ALUMA SYSTEMS CONCRETE CONSTRUCTION OF
CALIFORNIA, INC.
C/O P.O. BOX 214566
CLEVELAND, OH 44124

AMAYA ROOFING & WATERPROOFING, INC.
C/O ERIC DOBBERSTEIN, PLLC, REG. AGENT
9480 S. EASTERN AVENUE, #225
LAS VEGAS, NV 89123

AMERICAN EAGLE READY MIX, LLC
120 W. DELHI AVENUE
NORTH LAS VEGAS, NV 89032

ARIES CONSULTANTS INC.
6635 WEST BADURA STREET
SUITE A-140
LAS VEGASD, NV 89118

ATLAS MECHANICAL, INC.
8260 CAMINO SANTA FE
SUITE B
SAN DIEGO, CA 92121

BOA2, LLC
5878 N. HIGH STREET
COLUMBUS, OH 43085

BRIGHTVIEW LANDSCAPE DEVELOPMENT, INC.
1220 S. COMMERCE STREET
SUITE 120
LAS VEGAS, NV 89102

BRYAN CAVE LEIGHTON PAISNER LLP
ATTN: KAMAO SHAW, ESQ.
1920 MAIN STREET, STE. 1000
IRVINE, CA 92614

BRYAN CAVE LEIGHTON PAISNER LLP
ATTN: SEAN K. MCELLENNEY
TWO NORTH CENTRAL AVENUE
SUITE 2100
PHOENIX, AZ 85004-4406

CAPITAL BUILDERS HARDWARE INC. LV
2505 CHANDLER AVENUE
UNIT 114
LAS VEGAS, NV 89120

CHERRY BAEKERT, LLP
P.O. BOX 25549
RICHMOND, VA 23260-5500

CIRCINI FOUNDATION, LLC
18 PRIDES CIRCLE
ANDOVER, MA 01810

CITY OF HENDERSON
240 S. WATER STREET
HENDERSON, NV 89015

CITY OF HENDERSON UTILITY SERVICES
ACCT NO. XXXXX8774
240 S. WATER STREET
HENDERSON, NV 89015

CLARK COUNTY LEGAL NEWS
433 CONCORD WAY
HENDERSON, NV 89015-6072

CLARK COUNTY TREASURER
500 S. GRAND PKWY
SUITE 1
LAS VEGAS, NV 89155

CMC REBAR
4485 E. COLTON AVENUE
LAS VEGAS, NV 89115

CMC STEEL FABRICATORS
6565 N. MACARTHUR BLVD.
SUITE 800
PHOENIX, AZ 85039-6283

COGENCY GLOBAL
122 42ND STREET
18TH FLOOR
ACCT NO. XXXXXX-XPS2E
NEW YORK, NY 10168

CONCRETE ACCESSORIES, INC.
P.O. BOX 27710
LAS VEGAS, NV 89126

CONTROLWORKS, INC.
6207 DEAN MARTIN DRIVE
LAS VEGAS, NV 89118

COPPERLEAF QOF HOLDINGS, LLC
718 W. BUSINESS HWY 60
P.O. BOX 639
DEXTER, MO 63841

COX BUSINESS
ACCT NO. XXX XXXX XXXXX9301
DEPARTMENT #102276
P.O. BOX 1259
OAKS, PA 19456

COX COMMUNICATIONS LAS VEGAS, INC.
6204-B PEACHTREE DUNWOODY ROAD
ATLANTA, GA 30328

CRAGIN & PIKE
10000 W. CHARLESTON BLVD.,
SUITE 200
LAS VEGASD, NV 89135

D23 SYSTEMS LLC
10040 W. CHEYENNE AVENUE
SUITE 170-32
LAS VEGAS, NV 89129

DAVIS STIBOR
SHAN DAVIS
10845 GRIFFITH PEAK DRIVE
SECOND FLOOR
LAS VEGAS, NV 89135-8000

DTH 215 DEVELOPMENT, LLC
11261 CAMPSIE FELLS COURT
LAS VEGAS, NV 89141

ECOACHIEVER
4444 SECOND AVENUE
DETROIT, MI 48201

ENVIDA
15230 N. 75TH STREET
SUITE 1030
SCOTTSDALE, AZ 85260

FERGUSON FIRE & FABRICATION, INC.
C/O MAIL CENTER
9450 SW GEMINI DRIVE #7790
BEAVERTON, OR 97008-7105

FINNCO SERVICES INC.
C/O NORTHWEST REGISTRED AGENT, LLC
401 RYLAND STREET, STE. 200 A
RENO, NV 89502

FIRST AMERICAN TITLE INSURANCE COMPANY
9255 TOWN CENTER DRIVE, SUITE 200
SAN DIEGO, CA 92121

FOCUS PLUMBING LLC
C/O CT CORPORATION SYSTEM
701 S. CARSON STREET
SUITE 200
CARSON CITY, NV 89701

FOX ROTHSCHILD
1980 FESTIVAL PLAZA DRIVE, SUITE 700
LAS VEGAS, NV 89135

GILLETT CONSTRUCTION
1226 WIGWAM PARKWAY
HENDERSON, NV 89074

GILLETT CONSTRUCTION
259 DOMINICAN AVENUE
HENDERSON, NV 89002

GILLETT CONSTRUCTION - THREE LOCK BOX
2260 CORPORATE CIRCLE STE 490
HENDERSON, NV 89074

GLOBAL CORPORATE SERVICES
GCS SECURITY
3 SUNSET WAY, SUITE 12A
HENDERSON, NV 89014

HAUS OF REED
3655 E. PATRICK LANE
LAS VEGAS, NV 89120

HELIX ELECTRIC
3078 E. SUNSET ROAD, SUITE 9
LAS VEGAS, NV 89120

HENRI SPECIALTIES CO., INC.
C/O LEVY LAW, LLC, REG. AGENT
601 CADENCE VISTA DRIVE
HENDERSON, NV 89011-1000

HOLDEN, STEPHEN
P.O. BOX 639
DEXTER, MO 63841

INTACT INSURANCE
C/O INTACT SERVICES USA LLC
P.O. BOX 371871
PITTSBURGH, PA 15250-7871

J-CORD LLC
261 SUNPAC AVENUE
HENDERSON, NV 89011

J.S & S INC.
C/O RAYMOND JEMISON, REG. AGENT
2690 CRIMSON CANYON DRIVE
LAS VEGAS, NV 89128

JEFFREY M. CRUDEN
9773 SONORA BEND AVENUE
LAS VEGAS, NV 89148

JGL GROUP, LLD DBA ECO ACHIEVERS
1647 W. FULTON STREET
CHICAGO, IL 60612

JONES LOVELOCK
6600 AMELIA EARHART COURT
SUITE A
LAS VEGAS, NV 89119

KAEMPFER CROWELL
1980 FESTIVAL PLAZA DRIVE, SUITE 650
LAS VEGAS, NV 89135

KILLIAN CONSTRUCTION COMPANY
ACCT NO. X4-195
2664 E. KEARNEY
SPRINGFIELD, MO 65803

L&W SUPPLY CORPORATION
4450 MCGUIRE STREET
NORTH LAS VEGAS, NV 89081-2710

LANAK & HANNA, P.C.
DAVID R. JOHNSON, ESQ.
10781 WEST TWAIN AVENUE
LAS VEGAS, NV 89135

LEGACY HENDERSON QOF, LLC
718 W. BUSINESS HWY 60
P.O. BOX 639
DEXTER, MO 63841

LOCHSA ENGINEERING
Acct No xxxx98.00
6345 S. JONES BLVD., SUITE 100
LAS VEGAS, NV 89118

LUXER ONE
5040 DUDLEY BLVD.
MCCLELLAN PARK, CA 95652

LYNCH LAW PRACTICE PLLC
MICHAEL F. LYNCH
3613 S. EASTERN AVENUE
LAS VEGAS, NV 89169

MACHABEE OFFICE ENVIRONMENTS
6435 SUNSET CORPORATE DRIVE
LAS VEGAS, NV 89120

MCINTOSH COMMUNICATIONS INC.
C/O KAEMPFER CROWELL, LTD., REG. AGENT
50 W. LIBERTY STREET
SUITE 1100
RENO, NV 89501

MCKEON DOOR OF NEVADA, INC.
6671 SCHUSTER STREET
LAS VEGAS, NV 89118

MDC INTERIOR SOLUTIONS
400 HIGH GROVE BLVD.
GLENDALE HEIGHTS, IL 60139

MINNICK MANAGEMENT
3541 STEVENS WAY
AUGUSTA, GA 30907

NDX, LLC
P.O. BOX 241566
CLEVELAND, OH 44124

NEXT CENTURY REBAR, LLOC
820 WIGWAM, SUITE 100
HENDERSON, NV 89074

NOVOGRADAC
P.O. BOX 7833
ACCT NO. XXW100
SAN FRANCISCO, CA 94120-7833

NVISION GLASS, INC.
C/O MAUPIN, COX  & LEGOY, PC, REG. AGENT
4785 CAUGHLIN PKWY
RENO, NV 89519

ONE STOP 4 FLOORING, LLC
2671 STATE ROUTE 39 NW
DOVER, OH 44622

PAR 3 LANDSCAPE & MAINTENANCE, INC.
4610 WYNN ROAD
LAS VEGAS, NV 89103

PARKER, NELSON & ASSOCIATES, CHTD.
2460 PROFESSIONAL COURT, SUITE 200
LAS VEGAS, NV 89128

PARKWAY TAVERN
PKWY MANAGEMENT, LLC
C/O CASANDRA LUPO, REG. AGENT
7120 RAFAEL RIDGE WAY
LAS VEGAS, NV 89119

PGS WESTSIDE II, INC. - LAS VEGAS
6460 SANTA MARGARITA STREET
LAS VEGAS, NV 89118-1802

PPG ARCHITECTURAL FINISHES, INC.
C/O P.O. BOX 241566
CLEVELAND, OH 44124

R & M LAW GROUP, LLC
718 W. BUSINESS HWY 60
DEXTER, MO 63841

R.L. CUSHING MILLWORK
555 SKEENA STREET EAST
MOOSEJAW, SASKATCHEWAN
CANADA S6H 0A6

RELIABLE CRANE SERVICES, LLC
7582 S. LAS VEGAS BLVD.
SUITE 527
LAS VEGAS, NV 89123

RESIDENTIAL FIRE PROTECTION DBA ON GUARD
FIRE PROTECTION
6438 ARVILLE STREET
LAS VEGAS, NV 89118

RYERSON CONCRETE LLC
3566 POLARIS AVENUE
SUITE 1
LAS VEGAS, NV 89103

SALSBURY INDUSTRIES
18300 CENTRAL AVENUE
CARSON, CA 90746-4008

SCHINDLER ELEVATOR CORPORATION
6265 S. VALLEY VIEW BLVD., H
LAS VEGAS, NV 89118

SCHNITZER JOHNSON & WATSON, CHTD.
GARY E. SCHNITZER, ESQ.
8985 SOUTH EASTERN AVENUE, SUITE 200
LAS VEGAS, NV 89123

SCOTT ZEMP MASONRY, INC.
C/O SCOTT A. ZEMP
6031 MCLEOD DRIVE
LAS VEGAS, NV 89120

SIXTY WEST CRESCENT FUND, LLC
718 W. BUSINESS HWY 60
P.O. BOX 639
DEXTER, MO 63841

SIXTY WEST FUNDS
718 W. BUSINESS HWY 60
P.O. BOX 639
DEXTER, MO 63841

SOUTHERN NEVADA WELDING
4115 ARTIC SPRING AVENUE
LAS VEGAS, NV 89115

SPORTSWORKS GLOBAL LLC
15540 WOODINVILLE REDMOND ROAD NE
SUITE A-200
WOODINVILLE, WA 98072

STRADA DEVELOPMENT GROUP
215 SOUTH WATER STREET
HENDERSON, NV 89014-5000

STRADA LV, LLC
6970 S. CIMARRON ROAD #220
LAS VEGAS, NV 89113

STRADA LV, LLC
11261 CAMPSIE FELLS CT.
LAS VEGAS, NV 89141

SUPPLY NETWORK, INC DBA VIKING SUPPLYNET
C/O P.O. BOX 241566
CLEVELAND, OH 44124

THE BIG SIPPER, LLC
C/O KELLY J. WHITTEKIEND, REG. AGENT
5624 FOXLOVE FIELDS
LAS VEGAS, NV 89130

THREE LOCK BOX
2260 CORPORATE CIRCLE STE. 490
HENDERSON, NV 89074

TIGER QOF HOLDINGS, LLC
718 W. BUSINESS HWY 60
P.O. BOX 639
DEXTER, MO 63841

UNITECH ELECTRONICS INC.
3064 W. POST ROAD
LAS VEGAS, NV 89118

UNITED RENTALS (NORTH AMERICA), INC.
10330 DAVID TAYLOR DRIVE
CHARLOTTE, NC 28262

UNIVERSAL ENGINEERING SCIENCES
4480 W. HACIENDA AVENUE
LAS VEGAS, NV 89118

VINE INVESTMENT FUND P169, LLC
718 W. BUSINESS HWY 60
P.O. BOX 639
DEXTER, MO 63841

VISION SIGNS INC.
6630 ARROYO SPRINGS STREET
SUITE 600
LAS VEGAS, NV 89113

WALLACE ENTERPRISES L.L.C.
C/O MARVIN WALLACE, REG. AGENT
1005 PARTLOW COURT
HENDERSON, NV 89015

WAYFAIR
4 COPLEY PLACE
FLOOR 7
BOSTON, MA 02116

WDG LIMITED
ACCT NO. XX4107
7435 S. DURANGO #B107-339
LAS VEGAS, NV 89113

WEBSQUAD
5151 S. PROCYON STREET
SUITE 214
LAS VEGAS, NV 89118

WEST COAST WELLNESS EQUIPMENT
6969 SPEEDWAY BLVD., SUITE 108
LAS VEGAS, NV 89115

WESTCORP MANAGEMENT GROUP ONE, INC.
6655 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NV 89119

WORTH GROUP ARCHITECTS
7535 E. HAMPDEN AVENUE
SUITE 302
DENVER, CO 80231

WUCHERER, THOMAS A.
48 PANORAMA CREST AVENUE
LAS VEGAS, NV 89135

ZILLOW, INC.
ACCT NO. XXX-XXXXXXX-XXX-XXX0757
P.O. BOX 737412
DALLAS, TX 75373-7412

# United States Bankruptcy Court
### District of Nevada

In re   __DTH 215 VENTURE, LLC__ _____    Case No. _____

Debtor(s)    Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __DTH 215 VENTURE, LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BOA2, LLC**
**5878 N. HIGH STREET**
**COLUMBUS, OH 43085**

**COPPERLEAF QOF HOLDINGS, LLC**
**718 W. BUSINESS HWY 60**
**P.O. BOX 639**
**DEXTER, MO 63841**

**SIXTY WEST CRESCENT FUND, LLC**
**718 W. BUSINESS HWY 60**
**P.O. BOX 639**
**DEXTER, MO 63841**

**VINE INVESTMENT FUND P169, LLC**
**718 W. BUSINESS HWY 60**
**P.O. BOX 639**
**DEXTER, MO 63841**

☐ None [*Check if applicable*]

__June  5, 2024__
Date

**/s/ NORMA GUARIGLIA**
**NORMA GUARIGLIA**
Signature of Attorney or Litigant
Counsel for   __DTH 215 VENTURE, LLC__
**HARRIS LAW PRACTICE LLC**
**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
**775-786-7600 Fax:775-786-7764**
**norma@harrislawreno.com**