Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 30, 2024

_____

HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No.: BK-24-12829-nmc |
| | (Chapter 11) |
| DTH 215 VENTURE, LLC, | **ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY FINANCIAL ADVISORS [MB BEAR CAPITAL, LLC AND ACKMAN-ZIFF REAL ESTATE GROUP, LLC]** |
| Debtor. | |
| | Hearing Date:  September 24, 2024 |
| | Hearing Time:  9:30 a.m. |
| | Est. Time:  15 minutes |
| _____/ | Set By:  Calendar Clerk |

The *Application for Order Authorizing Debtor to Employ Financial Advisors [MB Bear Capital, LLC and Ackman-Ziff Real Estate Group, LLC]* [ECF No. 83] ("**Application**"), filed by DTH 215 VENTURE, LLC, Debtor and Debtor-in-Possession ("**Debtor**"), through its counsel, STEPHEN R. HARRIS, ESQ. and NORMA GUARIGLIA, ESQ., of HARRIS LAW PRACTICE LLC, came before the Court for hearing on September 24, 2024, at 9:30 a.m. after having been

1  duly noticed to all creditors and parties-in-interest; with Stephen R. Harris, Esq., of Harris Law
2  Practice LLC, appearing telephonically on behalf of the Debtor; with Edward M. McDonald, Jr.,
3  Esq. trial attorney, appearing telephonically on behalf of the United States Trustee, Region 17;
4  and with the Court noting other appearances as stated on the record; with the Court having
5  considered the statements of counsel on the record and all the papers and pleadings on file in this
6  case, and no opposition having been filed; and the Court incorporating its oral findings of fact
7  and conclusions of law as stated on the record pursuant to Fed. R. Bankr. P. 7052; and good cause
8  appearing:

9  **IT IS HEREBY ORDERED** that the Application is GRANTED, and the Debtor is
10 authorized, pursuant to 11 U.S.C. § 327(a), to employ and retain MB Bear Capital, LLC and
11 Ackman-Ziff Real Estate Group, LLC as its financial advisors in this chapter 11 case pursuant to
12 the terms and conditions set forth in the Application and Consulting Agreement attached to the
13 Application as Exhibit A.

14 **IT IS FURTHER ORDERED** that no relief pursuant to 11 U.S.C. § 328 was requested
15 in the Application nor is granted herein.

16 Submitted by:
17 HARRIS LAW PRACTICE LLC

18 */s/ Stephen R. Harris*
19 _____
20 STEPHEN R. HARRIS, ESQ.
   Attorneys for Debtor

21

22 Approved this 26th day of September 2024.
23 UNITED STATES TRUSTEE, REGION 17

24 */s/ Edward M. McDonald*
25 _____
   EDWARD M. McDONALD, JR., ESQ.
26 Trial Attorney

27

28

**CERTIFICATION RE: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement of approval under LR 9021.

\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

    Edward M. McDonald, Jr., Esq.        Approved
    Trial Attorney
    United States Trustee, Region 17

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

Dated this 26th day of September 2024.

    HARRIS LAW PRACTICE LLC

    */s/ Stephen R. Harris*
    _____
    STEPHEN R. HARRIS, ESQ.
    Attorneys for Debtor

    # # #