NVB 2016 (05/2022)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

## Fee Application Cover Sheet

Case No.: 24-12829-nmc      Chapter: 11      Hearing Date/Time: _____

Debtor: DTH 215 Venture, LLC

Applicant: Ackman-Ziff Real Estate Group, LLC

Date of Employment: September 30, 2024

Interim Fee Application No: 1      OR      Final Fee Application _____

**Amounts Requested:**                                      Client Approval: Yes ☑  No ☐

**Fees:**    $ 388,687.50

**Expenses:**  $ 0.00

**Total:**   $ 388,687.50

Hours: 518.25                                              Blended Rate: $ 750.00

Fees Previously Requested:  $ 0.00              Awarded: $ 0.00

Expenses Previously Requested: $ 0.00           Awarded: $ 0.00

Total Previously Requested:  $ 0.00             Awarded: $ 0.00

Total Amount Paid:   $ 0.00

**Chapter 13 Cases ONLY:**

Yes ☐  No ☐   Elected to accept the Chapter 13 Presumptive Fee pursuant to LR 2016.2, and filed the "Notice of Election to Accept the Presumptive Fee" on _____ .

Yes ☐  No ☐   Participated in the Mortgage Mediation Program: **If yes,** amount received: $ _____

I certify under penalty of perjury that the above is true.

Norma Guariglia
Digitally signed by Norma Guariglia
Date: 2025.03.07 17:49:16 -08'00'

Date  03/07/2025

Signature

HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| IN RE: | Case No. BK-24-12829-nmc |
|---|---|
| DTH 215 VENTURE, LLC, | (Chapter 11) |
| Debtor. | **APPLICATION FOR APPROVAL OF FIRST INTERIM FEES AND EXPENSES OF DEBTOR'S FINANCIAL ADVISOR (ACKMAN-ZIFF REAL ESTATE GROUP, LLC)** |
| _____/ | Hearing Date:<br>Hearing Time:<br>Est. Time:    10 minutes<br>Set By:    OST Requested |

| APPLICANT: ACKMAN-ZIFF REAL ESTATE GROUP, LLC, AS DEBTOR'S FINANCIAL ADVISOR | | |
|---|---|---|
| FIRST INTERIM FEE APPLICATION | $388,687.50 | FEES |
| | $0.00 | COSTS |
| TOTAL FIRST INTERIM FEE APPLICATION | $388,687.50 | |
| CHAPTER 11 VOLUNTARY PETITION FILED ON JUNE 5, 2024. ORDER APPOINTING DEBTOR'S FINANCIAL ADVISOR ENTERED SEPTEMBER 30, 2024. | | |
| PROSPECT FOR PAYMENT OF FEE/COST AWARD: Debtor expects to pay Applicant $275,000 from its DIP Facility proceeds and the remaining balance from unencumbered assets after payment of ACRES Loan Origination, LLC's ("**ACRES**") loans. | | |

The Application of ACKMAN-ZIFF REAL ESTATE GROUP, LLC ("**Applicant**"), duly appointed financial advisor for DTH 215 VENTURE, LLC ("**Debtor**"), Debtor and Debtor-in-Possession, represents the following:

1. On June 5, 2024 ("**Petition Date**"), the Debtor filed a Chapter 11 *Voluntary Petition for Non-Individuals Filing for Bankruptcy*, initiating Case No. 24-12829-nmc.

2. No trustee has been appointed and Debtor acts as Debtor-in-Possession.

3. The Debtor is the owner of certain mixed-use real property located at 215 S. Water Street, Henderson, Clark County, Nevada 89015 ("**Property**"), commonly known as The Watermark. *See Schedule A/B* [ECF No. 10]. The Property consists of a seven-story, 151-unit apartment building with around 33,604 square feet of ground floor retail space.

4. On August 27, 2024, the Debtor filed its *Application for Order Authorizing Debtor to Employ Financial Advisor [MB Bear Capital, LLC and Ackman-Ziff Real Estate Group]* [ECF No. 83] ("**Employment Application**"). On September 30, 2024, the Court entered its *Order Granting Application for Order Authorizing Debtor to Employ Financial Advisors [MB Bear Capital, LLC and Ackman-Ziff Real Estate Group, LLC]* [ECF No. 120].

5. On February 6, 2025, the Debtor filed its *Third Amended Plan of Reorganization* [ECF No. 221] ("**Plan**") and its *Third Amended Disclosure Statement* [ECF No. 222] ("**Disclosure Statement**"). The Court approved the Disclosure Statement pursuant to its order entered on February 18, 2025 [ECF No. 230]. The Plan confirmation hearing is currently scheduled for April 1, 2025, at 10:00 a.m.

6. Under the approved Employment Application, Applicant is to be compensated on a percentage basis of the total credit facility if the Debtor obtained financing from a lender other than ACRES. If the Debtor ultimately obtained financing from ACRES or restructured its prepetition loan with ACRES, then Applicant is to be compensated on an hourly basis at $750.00 per hour for its consulting fees.

7. Applicant has acted as the Debtor's financial advisor in this case to assist Debtor with financial matters affecting the estate, including seeking financing to complete construction of the Property, to fund a plan, and to fund general administrative and operational expenses.

HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD
SUITE F
RENO, NV 89511
775 786 7600

8. This Application is made pursuant to 11 U.S.C. §§ 327, 330, and 331, which provide for reasonable compensation for services rendered by the Debtor's professionals. The Court can determine reasonable compensation for a professional by considering "the nature, the extent, and the value of such services, taking into account all relevant factors." 11 U.S.C. § 330(a)(3). The method primarily used to determine compensation for attorneys and estate professionals retained on an hourly basis is to "multiply the number of hours expended by an hourly rate." *In re Yermakov*, 718 F.2d 1465, 1471 (9th Cir. 1983) (citation omitted). The Court may adjust the fee up or down as needed. *Blum v. Stenson*, 465 U.S. 886, 888 (1984). To determine a reasonable fee, the Court must examine the manner in which services are performed and the results achieved, considering facts that existed at the time the services were rendered. *Roberts, Sheridan & Kotel, P.C. v. Bergen Brunswig Drug Co. (In re Mednet)*, 251 B.R. 103, 108 (B.A.P. 9th Cir. 2000).

9. As seen in more detail below, Applicant's professional services were reasonable and necessary and provided significant value to the estate by assisting the Debtor with obtaining needed financing for its reorganization efforts. Applicant's services were performed for the benefit of the Debtor's estate and not on behalf of any individual creditor or other person.

10. No payments have been made by the Debtor to Applicant for the services covered in this Application. Other than as set forth in the Employment Application, Applicant has entered into no agreement(s) with any other person for the sharing of compensation received or to be received for professional services rendered in connection with this case.

11. The reasonable value of the professional services rendered from August 16, 2024, through February 14, 2025, is based on total financial advisor fees of $388,687.50 comprised of 518.25 hours billed at the rate of $750.00 per hour for Firas Turkmani, in addition to out-of-pocket costs of $0.00, for a net fee application to Debtor's financial advisor in the amount of $388,687.50. In addition to Applicant's request to receive payment of the net balance owing from the Debtor's estate, Applicant also seeks that these fees be approved by the Court as an allowed administrative expense in the Debtor's chapter 11 case. An itemization of Applicant's services and costs is attached as **Exhibit A**.

12. With respect to the allocation of time expended by Debtor's financial advisor on behalf of the Debtor's estate, the following is relevant:

| Task | Work | % of Total | Benefit to Estate |
|---|---|---|---|
| 1 | Asset analysis and recovery - 0 hrs | 0% | N/A |
| 2 | Asset disposition – 0.00 hrs | 0% | N/A |
| 3 | Business operations – 0.00 hrs | 0% | N/A |
| 4 | Case administration – 0.00 hrs | 0% | N/A |
| 5 | Claims administration and objections – 0.00 hrs | 0% | N/A |
| 6 | Employee benefits/pensions – 0.0 hrs | 0% | N/A |
| 7 | Fee/employment applications – 0.00 hrs | 0% | N/A |
| 8 | Fee/employment objections - 0.00 hrs | 0% | N/A |
| 9 | Financing – 518.25 hrs | 100% | Time spent understanding Debtor's financial needs, Debtor's existing assets and liabilities and financing possibilities during chapter 11 and seeking financing; assisting Debtor with negotiations with potential and existing lender and creditors; assisting Debtor with obtaining DIP Loan commitment from CL Credit, then later finalizing details for DIP loan with ACRES; and assisting Debtor with satisfying lender's requirements to close the DIP Loan. |
| 10 | Litigation – 0.00 hrs | 0% | N/A |
| 11 | Meetings of Creditors – 0.00 hrs | 0% | N/A |
| 12 | Plan and Disclosure Statement – 0.0 hrs | 0% | N/A |
| 13 | Relief from Stay Proceedings – 0.0 hrs | 0% | N/A |

13. Applicant's efforts resulted in a successful closing on February 14, 2025, of the DIP Facility from ACRES in the maximum principal amount of $27,880,000. With the DIP Facility, the Debtor was able to pay its settlement payment[1] to Gillett Construction, LLC ("**Gillett**") for past work, recommence construction of its Property, and proceed with its reorganization efforts. As a single asset real estate entity, the Debtor has no current revenue or other sufficient liquid assets with which to fund its business operations and reorganization. Without adequate financing, the Debtor could not complete construction of the Property and would have had to try to liquidate the Property in its as-is condition or allow secured creditors to foreclose, thus resulting in less value to potentially pay general unsecured creditors.

14. If this Application is approved by the Court, the Debtor expects to pay Applicant the sum of $275,000 from DIP Facility proceeds under its approved DIP Budget with ACRES. Applicant has agreed to defer payment of the remaining balance of its approved compensation until after the Debtor confirms its Plan and pays ACRES under the Plan.

WHEREFORE, Debtor requests approval of first interim compensation for ACKMAN-ZIFF REAL ESTATE GROUP, LLC as Debtor's financial advisor for the period of August 16, 2024, through February 14, 2025, based on total fees of $388,687.50 comprised of 518.25 hours billed at the rate of $750.00 per hour for Firas Turkmani; in addition to out-of-pocket costs of $0.00; for a net first interim fee application of $388,687.50. Debtor also requests that Applicant's approved fees and costs be considered an allowed interim fee and cost award and administrative expense of this chapter 11 estate pursuant to 11 U.S.C. §§ 331 and 503(b), and that the Debtor be authorized to pay Applicant $275,000 from the ACRES DIP Facility on account of this first interim fee Application; and for such other proper relief.

Respectfully submitted March 7, 2025.

HARRIS LAW PRACTICE LLC
*/s/ Norma Guariglia*
NORMA GUARIGLIA, ESQ.
Attorneys for Debtor

---

[1] The settlement payment to Gillett resulted in satisfaction of all recorded mechanic's liens against the Property, thus clearing around 32 liens from the Property's title and resolving several mechanic's lien lawsuits that were pending in state court.

**CERTIFICATE OF SERVICE**

On March 7, 2025, the foregoing document was served via ECF automated system to all parties registered with ECF in this case on the date and time I filed the document with the Court's ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated March 7, 2025.

*/s/ Norma Guariglia*
_____
Norma Guariglia

# EXHIBIT A

Timekeeper: Firas Turkmani

| | |
|---:|:---|
| $388,687.50 | accrued to date |
| 518.25 | hours accrued to date |
| ($275,000) | expected payment from DIP Loan |
| **$113,687.50** | **net remaining balance** |

| Date | Hours | Rate/Hr | Total Fee | Notes |
|---|---|---|---|---|
| 8/16/2024 | 2.50 | $750 | $1,875 | Analysis / Engagement Agreement, internal underwriting & memo preparation |
| 8/17/2024 | 3.75 | $750 | $2,813 | Phone calls, overall modeling of different loan structures |
| 8/19/2024 | 5.25 | $750 | $3,938 | Analysis for mediation, phone calls with debtor counsel and internal discussions |
| 8/20/2024 | 3.00 | $750 | $2,250 | Analysis for mediation, phone calls, internal excel modeling and analysis |
| 8/21/2024 | 4.00 | $750 | $3,000 | Cost Report, phone calls, internal analysis / modeling |
| 8/23/2024 | 5.50 | $750 | $4,125 | Bridge-to-HUD, phone calls, analysis, mediation analysis |
| 8/24/2024 | 7.00 | $750 | $5,250 | DIP underwriting analysis, Settlement Plan, negotiations with CLCredit |
| 8/25/2024 | 3.00 | $750 | $2,250 | Employment application, analysis on funding schedule |
| 8/26/2024 | 6.50 | $750 | $4,875 | Proof of Claims analysis, modeling to construct funding schedule, phone calls |
| 8/27/2024 | 5.00 | $750 | $3,750 | Proof of Claims, analysis, phone calls, termsheet negotiations for DIP |
| 8/29/2024 | 5.50 | $750 | $4,125 | Proof of Claims, analysis, phone calls, termsheet negotiations for DIP |
| 8/30/2024 | 6.75 | $750 | $5,063 | Proof of Claims, claim modeling & analysis, phone calls |
| 8/31/2024 | 5.25 | $750 | $3,938 | Lien Claimants, internal modeling & analysis, phone calls |
| 9/3/2024 | 6.50 | $750 | $4,875 | Disclosure statement, Lien Claimants, phone calls |
| 9/4/2024 | 6.50 | $750 | $4,875 | Lien Claimants, Settlement Plan, phone calls |
| 9/5/2024 | 3.00 | $750 | $2,250 | Negotiating with Darren, calls |
| 9/6/2024 | 6.50 | $750 | $4,875 | Underwriting Liens, calls with PCR, reconcilliation of interest calculations |
| 9/8/2024 | 6.25 | $750 | $4,688 | Underwriting Liens, reconcilling ACRES Balance |
| 9/9/2024 | 3.75 | $750 | $2,813 | Changing of Insurance brokers, interviewing PCR groups for carriers |
| 9/10/2024 | 5.50 | $750 | $4,125 | Reconciling costs spent, relief of stay analysis, ACRES negotiations |
| 9/11/2024 | 5.75 | $750 | $4,313 | Negotiating with Insurance brokers, analysis of hard/soft cost reconcilliation |
| 9/12/2024 | 6.75 | $750 | $5,063 | ACRES Settlement Plan preparation, insurance negotiation, analysis of adequate protection for ACRES |
| 9/13/2024 | 4.50 | $750 | $3,375 | CLCredit TS negotiation, insurance negotiation, analysis for DIP Lender |
| 9/15/2024 | 5.25 | $750 | $3,938 | Internal discussions on CLCredit DIP, analysis of adequate protection, TS redline |
| 9/16/2024 | 6.50 | $750 | $4,875 | Adequate protection analysis and modeling, phone calls, mechanic lien negotiations |
| 9/17/2024 | 4.50 | $750 | $3,375 | Insurance negotiation, adequate protection analysis, lender liability analysis |
| 9/18/2024 | 6.50 | $750 | $4,875 | Lender liability analysis and preparation, phone calls, relief of stay analysis |
| 9/19/2024 | 6.75 | $750 | $5,063 | Lender liability phone calls, excel analysis w/ Gillett, cost to complete analysis |
| 9/20/2024 | 6.25 | $750 | $4,688 | Negotiations with CLCredit, excel analysis w/ Gillett, 3 Lockbox Cash Management analysis |
| 9/21/2024 | 2.00 | $750 | $1,500 | Internal discussions on strategy for upcoming week, excel analysis of DIP S&U |
| 9/23/2024 | 5.25 | $750 | $3,938 | Lender liability analysis, ACRES reserve history analysis, excel analysis w/ Gillett |
| 9/24/2024 | 6.00 | $750 | $4,500 | Member loan analysis, soft & hard cost completion analysis, HILCO underwriting analysis |
| 9/25/2024 | 5.50 | $750 | $4,125 | DIP negotiation, internal modeling on revised terms, HILCO analysis, lender liability analysis |
| 9/26/2024 | 6.50 | $750 | $4,875 | Information requests on DIP, lender liability analysis, HILCO diligence request, ACRES Reserve analysis |
| 9/27/2024 | 5.25 | $750 | $3,938 | Settlement Plan w/ Gillett preparation, analysis for Gillett, phone calls, HILCO requests |

| Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|
| 9/28/2024 | 1.50 | $750 | $1,125 | Internal calls on strategy, excel analysis |
| 9/29/2024 | 6.50 | $750 | $4,875 | Reserves analysis, hard & soft cost analysis, Gillett settlement negotiations, phone calls |
| 9/30/2024 | 5.50 | $750 | $4,125 | Gillett settlement analysis, memo preparation and internal analysis, ACRES interest calculation analysis |
| 10/1/2024 | 3.75 | $750 | $2,813 | Analysis for cost to complete / mechanic liens, settlement preparation & analysis, DIP negotiations with CLCredit |
| 10/2/2024 | 5.00 | $750 | $3,750 | Settlement preparation & analysis, DIP negotiations with CLCredit, phone calls |
| 10/3/2024 | 5.75 | $750 | $4,313 | Member loan analysis, DIP negotiations, phone calls, excel analysis for mechanic liens |
| 10/4/2024 | 5.00 | $750 | $3,750 | ACRES negotiation analysis, phone calls, excel analysis for revised DIP terms |
| 10/5/2024 | 1.75 | $750 | $1,313 | Internal calls on strategy, memo preparation |
| 10/7/2024 | 6.50 | $750 | $4,875 | Gillett settlement negotiations, HILCO underwriting analysis, memo preparation |
| 10/8/2024 | 4.50 | $750 | $3,375 | Memo preparation / analysis, lender liability analysis, internal excel modeling, phone calls |
| 10/9/2024 | 6.00 | $750 | $4,500 | Disclosure statement, internal excel analysis, CLCredit DIP TS negotiations |
| 10/10/2024 | 5.50 | $750 | $4,125 | ACRES objection analysis, memo preparation, internal excel analysis, CLCredit DIP TS negotiation calls |
| 10/11/2024 | 6.50 | $750 | $4,875 | ACRES settlement statement analysis, HILCO diligence request, Lender liability analysis, CLCredit DIP TS calls |
| 10/14/2024 | 4.25 | $750 | $3,188 | ACRES objection analysis, HILCO diligence analysis, internal calls on strategy, internal excel analysis |
| 10/15/2024 | 6.50 | $750 | $4,875 | ACRES objection analysis, lender liability analysis, CLCredit DIP negotiation, Insurance negotiation, PCR report |
| 10/16/2024 | 6.75 | $750 | $5,063 | Gillett settlement analysis, internal excel analysis, phone calls, PCR negotiation, insurance phone calls |
| 10/17/2024 | 4.25 | $750 | $3,188 | CLCredit analysis, internal modeling and discussions for DIP, PCR negotiation, calls with Gillett and consultants |
| 10/18/2024 | 5.50 | $750 | $4,125 | Member loan analysis, DIP negotiations, lender liability calls, internal excel analysis, ACRES Settlement analysis |
| 10/19/2024 | 6.50 | $750 | $4,875 | Gillett pay app analysis, hard & soft cost reconcillation, internal excel analysis and memo preparation, phone calls |
| 10/21/2024 | 6.75 | $750 | $5,063 | Gillett settlement analysis, internal excel analysis, phone calls, hard cost reconcilliation, ACRES negotiation phone calls |
| 10/22/2024 | 6.00 | $750 | $4,500 | Gillett settlement analysis, internal excel analysis, phone calls, hard cost reconcilliation, ACRES strategy phone calls |
| 10/23/2024 | 5.25 | $750 | $3,938 | CLCredit analysis, PCR report, internal excel analysis, phone calls, internal strategy preparation |
| 10/24/2024 | 6.50 | $750 | $4,875 | Insurance negotiation, internal excel modeling, Gillett settlement negotiations, ACRES negotiation calls |
| 10/25/2024 | 5.50 | $750 | $4,125 | Gillett memo preparation and analysis, PCCO negotiation, Insurance calls, reconcilliation and analysis for DIP lender |
| 10/26/2024 | 5.50 | $750 | $4,125 | PCCO negotiation, internal excel analysis and memo preparation, reconcilliation reports for DIP lender, Insurance negotiations |
| 10/28/2024 | 6.50 | $750 | $4,875 | 9019 motion analysis, ACRES DIP analysis, Insurance negotiations, PCCO negotiation, internal strategy calls |
| 10/29/2024 | 5.00 | $750 | $3,750 | 9019 motion analysis, PCCO negotiation, internal excel analysis and memo preparation, CLCredit TS negotiations |
| 10/30/2024 | 5.50 | $750 | $4,125 | RPM Property Management discussions, residential proforma modeling, CLCredit TS negotiations, insurance carrier negotiations |
| 10/31/2024 | 6.75 | $750 | $5,063 | Appraisal analysis, RPM Management underwriting analysis, internal leaseup projections and debt service modeling |
| 11/1/2024 | 4.50 | $750 | $3,375 | Appraisal analysis, Henderson personnel meetings, internal excel analysis and memo preparation, phone calls |
| 11/4/2024 | 6.50 | $750 | $4,875 | Member loan analysis, appraisal analysis, adequate protection analysis, insurance negotiation, construction cost reconcilliation |
| 11/5/2024 | 5.25 | $750 | $3,938 | CLCredit termsheet analysis, business plan analysis and memo preparation, insurance negotiation, Colliers commercial leasing calls |
| 11/6/2024 | 5.50 | $750 | $4,125 | Residential underwriting analysis, CLCredit diligence modeling, RPM Management diligence underwriting, disclosure plan analysis |
| 11/7/2024 | 4.50 | $750 | $3,375 | Development accounting analysis, internal excel modeling, phone calls, appraisal analysis, disclosure plan analysis |
| 11/8/2024 | 5.25 | $750 | $3,938 | ACRES termsheet analysis, disclosure plan analysis, development accounting analysis, phone calls with insurance carriers |
| 11/9/2024 | 6.50 | $750 | $4,875 | Disclosure plan analysis and preparation, internal excel modeling, internal phone calls to discuss strategy |
| 11/10/2024 | 5.50 | $750 | $4,125 | ACRES DIP analysis, lender liability analysis, internal phone calls for strategy, internal excel modeling and memo preparation |
| 11/11/2024 | 6.25 | $750 | $4,688 | ACRES DIP analysis, settlement statement preparation and analysis, excel modeling for internal strategy discussions |
| 11/12/2024 | 3.50 | $750 | $2,625 | Appraisal and BOV analysis, Colliers commercial leasing analysis, RPM residential underwriting analysis, insurance calls |
| 11/13/2024 | 5.50 | $750 | $4,125 | ACRES DIP analysis, settlement statement analysis, internal excel modeling, phone calls |
| 11/14/2024 | 5.00 | $750 | $3,750 | Worth Group discussion, Gillett phone calls, internal excel modeling, phone calls with legal |
| 11/15/2024 | 5.75 | $750 | $4,313 | ACRES Settlement negotiations and analysis, phone calls with legal, insurance analysis |

| Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|
| 11/18/2024 | 3.75 | $750 | $2,813 | Reconcilliation analysis, internal excel modeling, RPM residential underwriting analysis, Colliers leasing analysis and calls |
| 11/19/2024 | 5.50 | $750 | $4,125 | Insurance analysis, reconcilliation of S&U, ACRES DIP analysis, internal calls for strategy |
| 11/20/2024 | 5.00 | $750 | $3,750 | ACRES negotiation analysis, calls with Gillett and Debtor regarding strategy, settlement analysis, internal excel modeling |
| 11/21/2024 | 6.75 | $750 | $5,063 | Member loan reconcilliation and analysis, calls with Gillett, S&U analysis and interest calculations |
| 11/22/2024 | 3.50 | $750 | $2,625 | RPM discussions, internal calls with Gillett, insurance analysis |
| 11/25/2024 | 2.50 | $750 | $1,875 | Discussions with DTH 215 Venture / Development, Gillett & Worth Group Rev10 underwriting, Insurance Carrier calls |
| 11/26/2024 | 3.00 | $750 | $2,250 | Analysis of Debtor bank statements and accounting records |
| 12/3/2024 | 3.50 | $750 | $2,625 | Insurance binding calls / analysis, PCCO calls with Gillett Construction and Greenburg Taurig, DIP budget preparation and analysis, Rev10 email correspondance with Worth Group |
| 12/4/2024 | 5.00 | $750 | $3,750 | PCR form, DIP monthly budget preparation, PCCO calls with Gillett Construction and Greenberg Taurig, Rev10 correspondance, Gillett Schedule of Values analysis |
| 12/9/2024 | 1.50 | $750 | $1,125 | PCCO discussions with Gillett & Greenberg, Insurance Calls w/ IOA on Extension, PCR Form calls and discussions |
| 12/13/2024 | 1.50 | $750 | $1,125 | DIP Motion calls, analysis for updating model, Gillett conversations on subcontractor review |
| 12/17/2024 | 3.00 | $750 | $2,250 | Weekly Disbursements analysis for updating model, Gillett conversations on agenda and PCCO, NV Energy calls and analysis, IOA Insurance calls |
| 12/18/2024 | 2.50 | $750 | $1,875 | Weekly Disbursements analysis for updating model, Gillett conversations on PCCO, NV Energy calls, IOA Insurance calls |
| 12/19/2024 | 1.75 | $750 | $1,313 | Weekly Disbursements analysis for updating model, NV Energy Calls |
| 12/20/2024 | 2.75 | $750 | $2,063 | SW Gas calls / invoicing, Worth Group Rev10 calls and emails, IOA insurance calls & analysis, weekly disbursements analysis for updating model |
| 12/27/2024 | 1.50 | $750 | $1,125 | Insurance calls with IOA updating policy / invoices, calls with Greenberg Taurig on revising the PCCO, calls with Gillett over PCCO revisions |
| 12/30/2024 | 1.75 | $750 | $1,313 | Insurance calls, Calls with Gillett about PCCO, DIP Motion analysis |
| 1/6/2025 | 3.50 | $750 | $2,625 | Analysis/Calls with Gillett on PCCO and Settlement Agreement, budget review with ACRES, DIP Motion Order analysis / calls |
| 1/8/2025 | 3.25 | $750 | $2,438 | Analysis/Calls with Gillett on PCCO and Settlement Agreement, budget review with ACRES, DIP Motion Order analysis / calls |
| 1/9/2025 | 3.75 | $750 | $2,813 | Calls with Colliers on commercial leasing tour, Calls with RPM on Transition / Startup, Calls with Gillett on PCCO, analysis of parking modeling |
| 1/13/2025 | 4.50 | $750 | $3,375 | Calls with Cox Communication, PCR calls with Partner, Calls with Gillett on PCCO and Mechanic Liens, RPM Transition / Marketing calls, IOA Insurance calls |
| 1/15/2025 | 3.25 | $750 | $2,438 | Calls with Gillett on PCCO and Mechanic Liens, RPM Marketing call, ROI Commercial Leasing Call, Title+ACRES+Gillett Lien call |
| 1/20/2025 | 1.25 | $750 | $938 | Calls with ROI on commercial leasing, calls with RPM on Marketing and Onboarding, Insurance calls with IOA |
| 1/20/2025 | 1.25 | $750 | $938 | Calls with ROI on commercial leasing, calls with RPM on Marketing and Onboarding, Insurance calls with IOA |
| 1/21/2025 | 2.5 | $750 | $1,875 | Calls with Debtor on closing checklist items, RPM Site Visit debrief call, Debtor & Gillett call on Closing Checklist, Calls with IOA on Insurance |
| 1/22/2025 | 1 | $750 | $750 | Calls with IOA and ACRES on insurance, calls with ROI on Commercial leasing, Closing Checklist items |
| 1/23/2025 | 3.75 | $750 | $2,813 | Calls with Gillett on Closing Checklist, DIP Closing checklist call, COX communication setup, RPM onboarding setup documents, Legal call on DIP Motion |
| 1/28/2025 | 1.75 | $750 | $1,313 | Calls with Gillett on Closing Checklist, DIP Closing checklist call, RPM onboarding setup documents, Insurance calls with IOA |
| 1/29/2025 | 1.75 | $750 | $1,313 | Closing Checklist items, Calls with Worth Group on consent form |
| 1/30/2025 | 2.5 | $750 | $1,875 | Closing Checklist items, Calls with IOA on Insurance, Calls with Gillett Construction on consent form |
| 1/31/2025 | 1.25 | $750 | $938 | Closing Checklist items, Calls with IOA on Insurance, Calls with Gillett Construction on consent form |
| 2/1/2025 | 1.25 | $750 | $938 | Modeling out revised ACRES DIP excel with updated costs and dates |
| 2/3/2025 | 0.75 | $750 | $563 | Calls with IOA on insurance, Flagstar checklist items, Developer Consent calls, modifying the DIP Excel |
| 2/4/2025 | 5.25 | $750 | $3,938 | Closing call checklist items, calls with DTH on KYC for Flagstar, lien release calls and organization |
| 2/5/2025 | 3.25 | $750 | $2,438 | Gillett Consent form call; closing checklist items, calls with IOA on insurance, modifying the DIP excel |
| 2/6/2025 | 2.25 | $750 | $1,688 | Watermark weekly coordination call w/ city, call w/ IOA and Gillett on insurance, closing call checklist items, calls with DTH on closing statement items |
| 2/7/2025 | 1.25 | $750 | $938 | Calls and emails on remaining checklist items, calls with contractors on lien consent forms and releases, calls with Darren and Parker Nelson on closing checklist items and Consent Agreement |
| 2/11/2025 | 2 | $750 | $1,500 | Calls with RPM and ROI on next steps, internall calls with DTH for closing checklist items, modifying for DIP excel per final settlement statement |
| 2/12/2025 | 0.75 | $750 | $563 | Calls with Insurance about premium audit/invoicing |
| 2/13/2025 | 1 | $750 | $750 | Revising settlement statement / DIP accounting, calls with ACRES and DTH on revising the model / adequate protection calculations |